[No. 28023-0-II.   Division Two.   July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW R. REISMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00448-9, H. John Hall, J., entered October 29, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28164-3-II.   Division Two.   July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY JEROME JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00372-5, H. John Hall, J., entered December 19, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28646-7-II.   Division Two.   July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DON GLEN ECKENRODE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05051-8, Terry D. Sebring, J., entered March 15, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 28660-2-II.   Division Two.   July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNELL MARQUEZ JALOTHOT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04761-4, Frederick W. Fleming, J., entered April 3, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.